CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
STX PAN OCEAN CO., LTD.,

                Plaintiff,

      v.

IKHLAS OFFSHORE SHIPPING CO. PTE. LTD

                Defendant.
-----------------------------------------------------------------X

JUDGE JONES

**07 CV 11354**

07 CV _____

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff STX PAN OCEAN SHIPPING COMPANY, certifies that there are no corporate parents, or related companies, which are publicly held in the United States.

Dated: Port Washington, New York
       December 17, 2007

                              CHALOS O'CONNOR & DUFFY, LLP
                              Attorneys for Plaintiff
                              STX PAN OCEAN SHIPPING CO LTD.

              By: _____
                              Eugene J. O'Connor (EO-9925)
                              Timothy Semenoro (TS-6847)
                              366 Main Street
                              Port Washington, New York 11050
                              Tel: (516) 767-3600
                              Fax: (516) 767-3605